

United States District Court
Eastern District of California

OL USA LLC

Plaintiff(s)

V.

TTS International LLC

Defendant(s)

Case Number: 2:21-cv-01541-WBS-DB

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Mark Avsec _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Plaintiff OL USA LLC

On _____05/15/1995_____ (date), I was admitted to practice and presently in good standing in the

_____Ohio Supreme Court_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____08/30/2021_____        Signature of Applicant: / s/ ____Mark E. Avsec____

**Pro Hac Vice Attorney**

Applicant's Name: Mark Avsec

Law Firm Name: Benesch Friedlander Coplan & Aronoff LLP

Address: 200 Public Square, Suite 2300

City: Cleveland          State: OH          Zip: 44114

Phone Number w/Area Code: (216) 363-4500

City and State of Residence: Willowick, Ohio

Primary E-mail Address: mavsec@beneschlaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Reed Lyon

Law Firm Name: Benesch Friedlander Coplan & Aronoff LLP

Address: One Market Street, Spear Tower, Suite 3600

City: San Franciso          State: CA          Zip: 94105

Phone Number w/Area Code: (628) 600-2250          Bar # 288361

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  September 8, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE