James Thompson (CA 240979
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone:  628.600.2250
Facsimile:   628.221.5828
jimthompson@beneschlaw.com

Mark Avsec (*Pro Hac Vice*)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114
Telephone:   216.363.4500
Facsimile:    216.363.4588
mavsec@beneschlaw.com

Attorneys for Plaintiff OL USA LLC

# IN THE UNITED STATE DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OL USA LLC,<br><br>           Plaintiff,<br><br>      v.<br><br>TTS INTERNATIONAL LLC, an Idaho Limited Liability Company, and BRYAN TREADWELL, an Individual<br><br>           Defendants. | Case No. 2:21-cv-01541-WBS-DB<br><br>**DESIGNATION OF COUNSEL** |

Plaintiff OL USA LLC hereby designates the following attorney from Benesch Friedlander Coplan & Aronoff, LLP as counsel for service in this action:

Name: James Thompson (CA Bar No. 240979)

The following attorney is no longer counsel of record in this action:

Name: Reed Lyon

Dated:  January 25, 2022					Respectfully submitted,


							*s/ James Thompson*
							James Thompson (CA 240979)
							Mark Avsec (*Pro Hac Vice*)
							Benesch, Friedlander, Coplan & Aronoff LLP

							Attorneys for Plaintiff OL USA LLC