UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OL USA LLC, | No. 2:21-cv-1541 WBS DB |
| Plaintiff, | |
| v. | ORDER |
| TTS INTERNATIONAL LLC, an Idaho Limited Liability Company, and BRYAN TREADWELL, an individual, | |
| Defendants. | |

The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).  On June 21, 2022, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations.  The time for filing objections has expired, and plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 21, 2022 (ECF No. 25) are adopted in full;

2. Plaintiff's October 28, 2021 motion for default judgment (ECF No. 16) is granted;

3. Judgment is entered against defendant TTS INTERNATIONAL LLC and defendant Bryan Treadwell;

4. Defendants are permanently enjoined from directly or indirectly offering products or services under the designation TTS INTERNATIONAL or any designation confusingly similar to TTS WORLDWIDE;

5. Defendants are ordered to transfer the domain name tts-int.com to plaintiff; and

6. This case is closed.

Dated: September 23, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

\ol1541.jo